UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1194-cv

**Caption [use short title]**

**Motion for:** permission to have associate attorney conduct oral argument (with assigned counsel present).

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant requests that associate attorney Raymond D. Moss be permitted to present oral argument on behalf of Plaintiff-Appellant (with assigned counsel present).

Drew v. City of New York

**MOVING PARTY:** Keith Drew (Plaintiff-Appellant)
**OPPOSING PARTY:** City of New York, et al. (Defendants-Appellees)

[✓] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Karen R. King
**OPPOSING ATTORNEY:** Philip W. Young

[name of attorney, with firm, address, phone number and e-mail]

Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue, New York, NY 10017
(212) 880-9403; kking@maglaw.com

New York City Law Department
100 Church Street, New York, NY 10007
(212) 356-2375; phyoung@law.nyc.gov

**Court- Judge/ Agency appealed from:** Hon. Andrew L. Carter Jr., United States District Judge for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [✓] Yes [ ] No  If yes, enter date: April 20, 2023

**Signature of Moving Attorney:**
/s/ Karen R. King   Date: April 7, 2023   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Keith Drew, *Plaintiff-Appellant*, v. City of New York, Unknown Employee, and Unknown Supervisor, *Defendants-Appellees*. | No. 21-1194-cv <br><br> **DECLARATION OF KAREN R. KING** |

I, Karen R. King, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a member of the Bar of this Court, a principal of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. ("Morvillo Abramowitz"), and the assigned pro bono counsel for Plaintiff-Appellant Keith Drew.

2. I have worked jointly to prepare the appellate briefs in this matter with Raymond D. Moss, an associate attorney at Morvillo Abramowitz. Mr. Moss is a sixth-year associate at the firm and a member of the Bar of this Court. Before joining the firm, Raymond served as a law clerk for the Honorable Joseph F. Bianco on the United States Court of Appeals for the Second Circuit and the Honorable Diane Gujarati on the United States District Court for the Eastern District of New York. Before clerking, Mr. Moss was an associate at Gibson, Dunn & Crutcher LLP. Mr. Moss received his J.D. from Columbia Law School in

2017, where he graduated as a Harlan Fiske Stone Scholar while serving as the Executive Editor of the *Columbia Human Rights Law Review*.

3. Oral argument in this appeal is scheduled for April 20, 2023.

4. Because of a death in my immediate family in recent months, and attendant family obligations, I respectfully request that the Court permit Mr. Moss to present oral argument on April 20, 2023. I will continue to closely supervise Mr. Moss and be present at the argument.

5. On March 28, 2023, I spoke with Mr. Drew and he supports my request to have Mr. Moss present the oral argument, notwithstanding the fact that I am the appointed pro bono counsel.

6. On April 6, 2023, counsel for Defendants-Appellees informed us that he has no objection to the request.

Dated: April 7, 2023
New York, NY

/s/ *Karen R. King*
Karen R. King
Morvillo Abramowitz Grand
 Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
kking@maglaw.com
212-856-9600

2