**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty three,

_____

| | |
|---|---|
| Keith Drew, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 21-1194 |
| v. | |
| City of New York, Unknown Employee, Unknown Supervisor, | |
|     Defendants - Appellees. | |

_____

    IT IS HEREBY ORDERED that Appellant's motion for permission to have associate attorney conduct oral argument is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court
